## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RAISA AND YEVGENIY BURD, RAJU AND KALPANA GURUNG, AND HENRY PIETKIEWICZ, | : | No. 102 WAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioners | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF BRENTWOOD ZONING HEARING BOARD, BOROUGH OF BRENTWOOD AND AGILE DEVELOPMENT, LLC, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.